```
GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
    18425 BURBANK BLVD., SUITE 708
    TARZANA, CA  91356
    818-708-2585
Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   COURT NO: 93A30364
          Plaintiff,

     v.                      DEFAULT JUDGMENT

SHAREL J. ARFA
A/K/A SHAREL JABCZYNSKY

          Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from SHAREL J. ARFA the sum of $690.00 as principal, $395.80 as accrued prejudgment interest, $227.00 administrative charges, and $20.00 costs, plus $333.28 attorney fees for a total amount of $1,666.08, plus interest from APRIL 12, 1994 at the rate of $.06 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: MAY - 2 1994

                    FRANK E. GOODROE, CLERK
                    U.S. District Court
                    Central District of California

                    By: ADRIENNE MORRIS
                        Deputy Clerk